In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. BEATRICE VANDERSCHOOT, Respondent. (And Two Other Proceedings.)

Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.